No. D–2701. IN RE DISCIPLINE OF PAPPAS. George Z. Pappas, of Urbana, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2702. IN RE DISCIPLINE OF LAURIE. Charles R. Laurie, Jr., of Brecksville, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 12M55. DOE v. UNITED STATES. Motion of petitioner for leave to file petition for writ of certiorari with appendix under seal granted.

No. 12M56. COMEAUX v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;
No. 12M57. ALDAPE v. SCRIBNER, WARDEN; and
No. 12M58. APOLLO v. DICKINSON, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12–17. MCBURNEY ET AL. v. YOUNG, DEPUTY COMMISSIONER AND DIRECTOR, VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 936.] Motion of petitioners to dispense with printing joint appendix granted.

No. 12–6169. MAEHR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 976] denied.

No. 12–6640. MIZUKAMI v. EDWARDS ET AL. C. A. 9th Cir.;
No. 12–7066. HOPKINS v. UNITED STATES. C. A. 4th Cir.; and
No. 12–7118. CASEY v. UNITED STATES. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 2, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.